UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM JESSE RANDALL | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:19-CV-7-FL |
| ANDREW SAUL, Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 14, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,480.00.

**This Judgment Filed and Entered on April 14, 2020, and Copies To:**
Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

April 14, 2020                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk